UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 6:22-CR-007-CHB-8 |
| ) | |
| v. ) | |
| ) | **ORDER ADOPTING** |
| JOSHUA W. WESTERFIELD, ) | **RECOMMENDATION OF** |
| ) | **ACCEPTANCE OF GUILTY PLEA** |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommendation of Acceptance of Guilty Plea filed by United States Magistrate Judge Hanly A. Ingram. [R. 189]. The recommendation instructed the parties to file any specific written objections within three days after being served with the decision, or else waive the right to further review. *Id.* at 3. Neither party has objected to the Magistrate's recommendation, and the time to do so has now passed. Defendant did file a consent to plead before the United States Magistrate Judge [R. 186]. Upon review, the Court is satisfied that Defendant Joshua W. Westerfield did knowingly and competently plead guilty to Count Six of the Superseding Indictment and that an adequate factual basis supports the plea as to each essential element of the offense charged.

Accordingly, **IT IS HEREBY ORDERED** as follows:

1. Judge Ingram's Recommendation of Acceptance of Guilty Plea [R. 189] is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Joshua W. Westerfield is **ADJUDGED** guilty of Count 6 of the Superseding Indictment [R. 97];

3. The Defendant's jury trial and all other pre-trial proceedings are now **CANCELLED** and shall be **STRICKEN** from the Court's docket; and

4. A Sentencing Order shall be entered promptly.

This the 26th day of July, 2022.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY